UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| LIANG LIN, | JUDGMENT |
| | 16-CV- 4401 (ENV) |
| Plaintiff, | |
| -against- | |
| JEH JOHNSON, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; LEON RODRIGUEZ, DIRECTOR, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, | |
| Defendants. | |

------------------------------------------------------------X

        An Order of Honorable Eric N. Vitaliano, United States District Judge, having been filed on October 13, 2016, dismissing the action with prejudice, with each party to bear its own costs, expenses, and fees; it is

        ORDERED and ADJUDGED that the action is dismissed with prejudice, with each party to bear its own costs, expenses, and fees.

Dated: Brooklyn, New York                        Douglas C. Palmer
      October 21, 2016                               Clerk of Court

                                                       by:    */s/ Janet Hamilton*
                                                                       Deputy Clerk